FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

# United States District Court
## Southern District of Georgia

23 DEC 13 PM 2:42

CLERK
SO. DIST. OF GA.

Cameron R. O'Neal

_____
Plaintiff

Case No.  3:23-cv-00095-DHB-BKE

v.

Allen Harris and City of Dublin, Georgia

_____
Defendant

Appearing on behalf of

Plaintiff Cameron R. O'Neal
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 13th day of Dec, 2023

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Cary S. Wiggins |
| Business Address: | Wiggins Law Group, LLC |
| | Firm/Business Name |
| | 260 Peachtree St NW, Suite 401 |
| | Street Address |
| | Atlanta, GA 30303 |
| | City / State / Zip |
| Street Address (con't) | 260 Peachtree St NW, Suite 401 |
| | Mailing Address (if other than street address) |
| Address Line 2 | Atlanta, GA 30303 |
| | City / State / Zip |
| | (404) 659-2880 / 757657 |
| | Telephone Number (w/ area code) / Georgia Bar Number |
| Email Address: | cary@wigginslawgroup.com |