IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| CAMERON R. O'NEAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CV 323-095 |
| | ) |
| ALLEN HARRIS and CITY OF DUBLIN, GEORGIA, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

On January 17, 2024, the Court granted the parties' joint motion for an extension of time to conduct the Rule 26(f) scheduling conference through and including February 28, 2024. (Doc. no. 10.)  The parties were to file their joint 26(f) Report within seven days of the date of the conference.  (Id.)  The deadline for the parties to confer and then submit a joint 26(f) Report as set forth in the Court's prior Order has passed.  (Id.)  However, no Rule 26(f) Report has been filed.  Accordingly, the Court **ORDERS** the parties to file a joint 26(f) Report on or before March 20, 2024.  The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order.  Failure to comply with this deadline may result in sanctions for the responsible party or parties.

SO ORDERED this 13th day of March, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA