IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

CAMERON R. O'NEAL,           *
                             *
        Plaintiff,           *
                             *
   v.                        *        CV 323-095
                             *
ALLEN HARRIS and CITY OF     *
DUBLIN, GEORGIA,             *
                             *
        Defendants.          *

O R D E R

On June 18, 2024, Plaintiff and Defendants filed a "Stipulation of Dismissal," indicating that the parties have reached a settlement. In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS ORDERED** that Plaintiff's claims against Defendants are hereby **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case and **TERMINATE** all motions and deadlines. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 20ᵗʰ day of June, 2024.

UNITED STATES DISTRICT JUDGE